RECEIVED
OCT 26 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Civil Action No. 09-4371 (JAP) |
| CONGOLEUM CORPORATION, et al., | Bankr. Case No. 03-51524 (KCF) |
| Debtors. | |

### ORDER GRANTING DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND APPROVING FORM OF INDIVIDUAL, RELATED COMPANY, PROFESSIONAL AND TRADE CREDITOR AVOIDANCE ACTION TOLLING AGREEMENT PURSUANT TO SECTIONS 105(a) AND 546(a) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion") submitted by Congoleum Corporation ("Congoleum"), Congoleum Sales, Inc., and Congoleum Fiscal, Inc. (collectively, the "Debtors") for an order pursuant to §§ 105(a) and 546(a) of the Bankruptcy Code authorizing execution of certain Fourth Amended Tolling Agreements; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, and good and sufficient cause having been shown.

**IT IS HEREBY ORDERED THAT:**

500385546v1

1.  The terms, conditions and form of the Fourth Amended Tolling Agreement[1] are hereby approved;

2.  The process for soliciting and executing a Fourth Amended Tolling Agreement, as described in the Motion, is fair and reasonable and shall be binding upon all of the Tolling Parties and their attorneys-in-fact. The Debtors are authorized to rely upon the signatures of any attorney-in-fact as binding any Tolling Party named in any Fourth Amended Tolling Agreement executed by such attorney on their behalf; and

3.  The Debtors are hereby authorized, without further order of this Court, to execute Fourth Amended Tolling Agreements with respect to the Tolling Parties, to execute any other documentation and perform such other acts as may be necessary to effect any Fourth Amended Tolling Agreement, and to perform in accordance with their terms.

Dated: __Oct 27__, 2009
Trenton, New Jersey

_____
THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.