# pillsbury

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

Kerry A. Brennan
tel 212.858.1723
kerry.brennan@pillsburylaw.com

December 1, 2009

RECEIVED
DEC 02 2009
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Honorable Joel A. Pisano
United States District Court Judge
District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

So ordered
/s/ Pisano
12/2/09

Re: *In re Congoleum Corp., et al.*
Case No. 09-04371 (D.N.J.) (JAP)
Bankr. No. 03-51524 (Bankr. D.N.J.)

Dear Judge Pisano:

Pursuant to the Pre-Trial Order Scheduling Supplemental Discovery, Pre-Trial Motions and Hearing on Confirmation Relating to Plan of Reorganization entered by this Court on October 21, 2009 (the "Pre-Trial Order"), a hearing to consider the Disclosure Statement for the Second Amended Joint Plan of Reorganization was scheduled for November 19, 2009 (the "Disclosure Statement Hearing") and subsequently adjourned to December 7, 2009. The Debtors, the Asbestos Claimants' Committee and the Official Committee of Bondholders of Congoleum Corporation et al.(collectively, the "Plan Proponents") respectfully request that the Disclosure Statement Hearing be adjourned to a date in the first two weeks of January to be determined by the Court. If the Court agrees to the requested adjournment, the Debtors will file and serve a revised notice of the hearing to the parties-in-interest in this case.

Respectfully submitted,

/s/ Kerry A. Brennan

Kerry A. Brennan
Counsel for the Debtors

cc: Master Service List

500402149v1