**OKIN, HOLLANDER & DELUCA, L.L.P.**
One Parker Plaza
Fort Lee, New Jersey 07024
(201) 947-7500
Paul S. Hollander (PH-2681)
Gregory S. Kinoian (GK-7386)

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, New York 10036
(212) 858-1000
Richard L. Epling (*pro hac vice* admission)
Kerry A. Brennan (*pro hac vice* admission)

Attorneys for Congoleum Corporation, et al.,
Debtors and Debtors-in-Possession

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Civil Action No. 09-4371 (JAP) |
| CONGOLEUM CORPORATION, et al., | Bankr. Case No. 03-51524 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF DISCLOSURE STATEMENT HEARING**

**PLEASE TAKE NOTICE** that the hearing to consider the Disclosure Statement for the Second Amended Joint Plan of Reorganization currently scheduled for December 7, 2009 has been adjourned. The Plan Proponents' have requested that the Court schedule a new hearing within the first two weeks of January 2010 and we are awaiting a date. A further Notice will be

500402862v2

sent after the hearing is rescheduled.

Dated:  December 4, 2009             Respectfully submitted,

                                               **OKIN, HOLLANDER & DELUCA, L.L.P.**

                                               /s/ *Gregory S. Kinoian*_____
                                               Gregory S. Kinoian (GK-7386)
                                               Paul S. Hollander (PH-2681)
                                               One Parker Plaza
                                               Fort Lee, New Jersey 07024
                                               (201) 947-7500

                                               and

                                               **PILLSBURY WINTHROP SHAW PITTMAN LLP**
                                               Richard L. Epling (*pro hac vice* admission)
                                               Kerry A. Brennan (*pro hac vice* admission)
                                               1540 Broadway
                                               New York, New York 10036
                                               (212) 858-1000

                                               Attorneys for Congoleum Corporation, et al., Debtors and Debtors-in-Possession