# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
In re:                              :    Civil Action No. 09-4371 (JAP)
                                    :    Bankr. Case No. 03-51524
                                    :    Adv. Pro. No. 05-6245
CONGOLEUM CORPORATION, *et. al.*,   :
                                    :    **ORDER**
     Debtors and Debtors-in-Possession. :
_____ :

Presently before the Court is Plaintiffs Congoleum Corporation, Congoleum Sales, Inc. and Congoleum Fiscal, Inc.'s Motion for Reconsideration of the Bankruptcy Court's Order dated January 20, 2009, denying the Debtors' Joint Motion for Leave to File Amended Complaints in the Avoidance Actions in Adversary Proceeding Number 05-6245 pursuant to Federal Rules of Civil Procedure 59(e), 60(b), 52(b), and Local Civil Rule 7.1(i) of the United States District Court for the District of New Jersey.  For the reasons set forth in the accompanying Opinion,

**IT IS** on this 21st day of January, 2010,

**ORDERED** that Plaintiffs' Motion for Reconsideration is **GRANTED**, it is further

**ORDERED** that the January 20, 2009 Order of the Bankruptcy Court is **VACATED**, it is further

**ORDERED** that Plaintiffs' Joint Motion for Leave to File Amended Complaints in the Avoidance Actions is **GRANTED**.

/s/ JOEL A. PISANO
United States District Judge