UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: CONGOLEUM CORPORATION,<br><br>Debtors. | Civil Action No. 09-4371 (JAP)<br><br>Bankr. Case No. 03-51524 |

### SECOND NOTICE OF RESCHEDULING OF DEADLINES AND CONFERENCE

**PLEASE TAKE NOTICE THAT** on January 25, 2010, the Court agreed to an extension of time with respect to certain deadlines and a conference set forth in its order dated January 11, 2010, as amended on January 21, 2010.

**PLEASE TAKE FURTHER NOTICE THAT** the previously scheduled conference in this case will **not** take place on Tuesday, January 26, 2010. If any further conferences are scheduled, the Debtors will notify counsel.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors anticipate filing with the Court by **Friday, January 29, 2010**, hopefully earlier, the Debtors' Motion for an Order Authoring and Approving a Multi-Insurer Settlement Among (i) the Debtors, (ii) Certain Participating Insurers, the New Jersey Property-Liability Insurance Guaranty Association and the New Jersey Surplus Lines

500414087v1

Insurance Guaranty Fund, (iii) the Unsecured Asbestos Claimants' Committee and (iv) Claimants' Representatives.

Dated: January 25, 2010    Respectfully submitted,

**OKIN, HOLLANDER & DeLUCA, L.L.P.**
/s/ *Gregory S. Kinoian*
One Parker Plaza
Fort Lee, New Jersey 07024
(201) 947-7500
Paul S. Hollander (PH-2681)
Gregory S. Kinoian (GK-7386)

and

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, New York 10036
(212) 858-1000
Richard L. Epling (*pro hac vice* admission)
Kerry A. Brennan (*pro hac vice* admission)

Attorneys for Congoleum Corporation, et al., Debtors and Debtors-in-Possession

2