# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: CONGOLEUM CORPORATION, <br><br> Debtors. | Civil Action No. 09-4371 (JAP) <br><br> Bankr. Case No. 03-51524 |

### DEBTORS' MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 AUTHORIZING AND APPROVING THE SETTLEMENT AND POLICY BUYBACK AGREEMENT AND RELEASE BETWEEN CONGOLEUM CORPORATION AND SEATON INSURANCE COMPANY

Congoleum Corporation ("Congoleum"), Congoleum Sales, Inc., and Congoleum Fiscal, Inc. (collectively, the "Debtors") hereby move for the entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and §§ 363 and 105(a) of the Bankruptcy Code authorizing and approving a settlement between the Debtors and Seaton Insurance Company.

In support hereof, the Debtors are filing contemporaneously herewith a memorandum of law.

Dated:  January 29, 2010          Respectfully submitted,

                                                  **OKIN, HOLLANDER & DeLUCA, L.L.P.**
                                                  /s/ *Gregory S. Kinoian*
                                                  One Parker Plaza
                                                  Fort Lee, New Jersey 07024
                                                  (201) 947-7500
                                                  Paul S. Hollander (PH-2681)

500415980v1

Gregory S. Kinoian (GK-7386)

and

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, New York 10036
(212) 858-1000
Richard L. Epling (*pro hac vice* admission)
Kerry A. Brennan (*pro hac vice* admission)

Attorneys for Congoleum Corporation, et al., Debtors and Debtors-in-Possession