RECEIVED
AT 8:30
MAR 12 2010
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: CONGOLEUM CORPORATION,<br><br>Debtors. | Civil Action No. 09-4371 (JAP)<br><br>Bankr. Case No. 03-51524 |

**ORDER APPROVING DISCLOSURE STATEMENT WITH RESPECT TO THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF THE DEBTORS, THE OFFICIAL ASBESTOS CLAIMANTS' COMMITTEE, THE OFFICIAL COMMITTEE OF BONDHOLDERS FOR CONGOLEUM CORPORATION, *ET AL.* AND THE FUTURES REPRESENTATIVE DATED AS OF MARCH 11, 2010**

Upon consideration of the Disclosure Statement with Respect to the Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of the Debtors, the Official Asbestos Claimants' Committee, the Official Committee of Bondholders for Congoleum Corporation, *et al.* and the Futures Representative dated as of March 11, 2010 (the "Fourth Amended Joint Plan Disclosure Statement"); and after due deliberation, the Court having determined that the relief requested granted herein is in the best interests of the Debtors, their estates, and their creditors, and good and sufficient cause having been shown.

**IT IS HEREBY ORDERED THAT:**

1. The Fourth Amended Joint Plan Disclosure Statement is approved as containing adequate information within the meaning of Bankruptcy Code § 1125(a).

2. The Fourth Amended Joint Plan Disclosure Statement is approved for purposes of solicitation of the Fourth Amended Joint Plan pursuant to Bankruptcy Code § 1125(b).

3. The Plan Proponents are authorized to make any non-substantive changes to the Fourth Amended Joint Plan Disclosure Statement without further order of the Court, including, without limitation, changes to correct typographical, grammatical and/or formatting errors or omissions prior to mailing to parties in interest.

Dated: March 12, 2010
Trenton, New Jersey

THE HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE