UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 06/07/2010
CIVIL DOCKET N0.: 09-4371(JAP)

JUDGE JOEL A. PISANO
COURT REPORTER : ___Joanne Caruso___
COURTROOM DEPUTY: ___Dana Sledge___

TITLE OF CASE:
In re: Congoleum

APPEARANCES:
Jonathan Guy, Esq., for Future Claimants' Representative
David Thompson, Esq., for 14 North Dakota Widows
Mitchell Huusman, Esq., for Acting U.S.Trustee
Michael Zindher, Esq., for Bond Holders Committee
Richard Epling, Kerry Brennan, Erica Carrig & Carrie Alternburg, Esqs., for Congoleum
Ronald E. Reinsel, Esq., for Asbestos Claimants Committee
Sara Hargove, Esq., for Century Indemnity Co.
Damarr Butler, Esq., for PBGC
Erik Weinick, Esq., for Wells
Mark S. Chehi, Esq., for American Biltrite, Inc.
James Savin & Michelle Roberts, Esqs., for Bondholders Committee
Lewis Rosebloom, Esq., for Continental Casualty, et al.,
Arthur Povelones, Esq., for One Beacon American Ins. Co., et al.,
Stephen V. Falanga & Lynn Neaver, Esqs., for Travelers Casualty Surety Co.,
Mitchell Hansman, Esq., for Acting U.S. Trustee
Taroed V. Schiaroni, Esq., for Century Indeminity Co.

NATURE OF PROCEEDING:
Confirmation Plan Hearing held.

Asbestos personal injury claimants (14 North Dakota Widows) objection is over ruled; and Travelers objection is granted; Plan has been approved. Counsel will submit the appropriate order.

TIME COMMENCED 10:00 a.m. TIME ADJOURNED 12:00 p.m.

S/Dana Sledge, Courtroom Deputy