# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CONGOLEUM CORPORATION, et al.,<br><br>Debtors. | Civil Action No. 09-4371 (JAP)<br><br>Bankr. Case No. 03-51524<br><br>Jointly Administered |

RECEIVED
AUG 31 2010
AT 8:30____M
WILLIAM T. WALSH
CLERK

**ORDER GRANTING REORGANIZED CONGOLEUM'S THIRD VERIFIED OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS AND INSUFFICIENT SUPPORT CLAIMS) AND REMOVAL OF ASBESTOS CLAIMS FROM CLAIMS <u>REGISTER AS SET FORTH ON EXHIBITS A, B, AND C</u>** [#739]

The relief set forth on the following pages numbered two (2) through four (4) is hereby **ORDERED**.

*[signature]*
8/31/10

Upon *Reorganized Congoleum's Third Omnibus Objection to Claims (No Liability Claims and Insufficient Support Claims) and Removal of Asbestos Claims from the Claims Register*, dated August 4, 2010 (the "Objection"),[1] filed by Congoleum Corporation (as a reorganized entity after emergence from bankruptcy, "Reorganized Congoleum") seeking entry of an order disallowing and expunging certain satisfied claims, insufficient support claims and asbestos claims; and after a hearing before the Court, if any (the "Hearing"), and any responses or objections to the Objection having been withdrawn or overruled on the merits, this Court finds and concludes that the Court has jurisdiction over the subject matter of the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); the legal and factual bases set forth in the Objection and on the record at the Hearing establish just cause for the relief granted herein; the relief requested in the Objection including, without limitation, the disallowance and the expungement of these Proofs of Claim and Scheduled Claims, is in the best interests of Reorganized Congoleum, their estates and their creditors; and notice of the Objection was sufficient and no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED**.

    1.    The Objection is granted.

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Objection.

2. The No Liability Claims identified on **Exhibit A** are hereby disallowed and such claims are hereby expunged in their entirety.

3. The Insufficient Support Claims identified on **Exhibit B** are hereby disallowed and such claims are hereby expunged in their entirety. To the extent that further support has been provided for Proofs of Claim identified on **Exhibit B** as "Insufficient Support Claims," Reorganized Congoleum's right to object to on any other and all other appropriate grounds is hereby reserved, and all of Reorganized Congoleum's objections, counterclaims and defenses to such claims are expressly preserved.

4. The Channeled Asbestos Claims identified on **Exhibit C** are hereby expunged from the Claims Register; *provided, however,* each Asbestos Claimant whose claim is identified on Exhibit C shall be entitled to submit his or her claim to the Plan Trust for resolution and payment.

5. Reorganized Congoleum's right to object to any Proofs of Claim or Scheduled Claims that are not the subject of the Objection is hereby reserved, and all of Reorganized Congoleum's objections, counterclaims and defenses to such claims are hereby expressly preserved.

6. Reorganized Congoleum is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9. To the extent that this Order is inconsistent with any prior order or pleading with respect to the Objection in these cases, the terms of this Order shall govern.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

In re: Congoleum Corporation, et al.
Civil Action No. 09-4371 (JAP)
Bankr. Case No 03-51524

# EXHIBIT A

## NO LIABILITY CLAIMS TO BE EXPUNGED AND/OR DISALLOWED

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | CLAIM AMOUNT/CLASS | DATE FILED | STATUS |
|---|---|---|---|---|
| 178 | EMPLOYERS INSURANCE CO OF WAUSAU<br>C/O SEWARD & KISSEL LLP<br>ATTN LAURIE R BINDER, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | $0.00 Unliquidated.<br>Unsecured Non-Priority | 10/5/06 | Withdrawn pursuant to stipulation dated 3/24/08 (Dkt. No. 6337). |
| 185 | EMPLOYERS INSURANCE CO OF WAUSAU<br>C/O SEWARD & KISSEL LLP<br>ATTN LAURIE R BINDER, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | $366,125.00<br>Unsecured Non-Priority | 8/27/07 | Withdrawn pursuant to stipulation dated 3/24/08 (Dkt. No. 6337). |
| 193 | FWB HOLDINGS, INC F/K/A BOELTER & YATES, INC<br>C/O MILLER SHAKMAN & BEEM, LLP<br>ATTN DANIEL M FEENEY, ESQ<br>180 N LASALLE, SUITE 3600<br>CHICAGO, IL 60601 | $59,575.63 Unsecured Non-Priority | 05/30/2008 | PAID and claimant agreed to withdraw proof of claim. |
| 172 | GAMBRELL, WILLIAM<br>ATTN BETH ROTHENBERG-HALPERIN<br>LAW OFFICE OF BARBARA ROTHENBERG<br>811 CHURCH ROAD, SUITE 222<br>CHERRY HILL, NJ 08002 | $0.00 Unliquidated.<br>Unsecured Non-Priority | 04/01/2005 | Resolved pursuant to Bankruptcy Court Order dated 5/24/05 (Dkt. No. 2540). |
| 174 | INTERNAL REVENUE SVCS<br>DEPT OF TREASURY, ATT JULIA SWEENEY<br>PO BOX 9112<br>JFK BUILDING, STOP 20800<br>BOSTON, MA 02203 | $4,002,431.97<br>Administrative | 09/07/2004 | Withdrawn per Consent Order Approving Settlement dated 6/7/05 (Dkt. No. 2569). |
| 190 | KAPLAN STORAGE COMPANY<br>C/O WASSERMAN JURUSTA & STOLZ<br>ATTN STEVEN Z JURISTA, ESQ<br>225 MILLBURN AVE, SUITE 207<br>MILLBURN, NJ 07041 | $107,550.62<br>Administrative | 10/06/2006 | Resolved and paid pursuant to Stipulation and Order dated 12/3/07 (Dkt. No. 6005). |
| 126 | PIPE SERVICES CORPORATION<br>C/O SMITH GIACOMETTI & CHIKOWSKI<br>ATTN ERIN BARNES ESQ<br>100 SOUTH BROAD STREET STE 1200<br>PHILADELPHIA, PA 19110 | $11,513.25<br>Unsecured Non-Priority | 5/21/04 | All amounts for which creditor had a right to payment have been satisfied. |

US NE 500600785v1

| | | | | |
|---|---|---|---|---|
| 117 | TEXAS COMPTROLLER OF PUBLIC ACCOUNT<br>ATTN: JOHN MARK STERN<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78710-2548 | $89,434.54 Priority | 3/23/04 | Withdrawn per 11/4/2004 letter to clerk. |
| 194 | STATE OF NEW YORK DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>P O BOX 5300<br>ALBANY, NY 12205 | $50.00 Administrative | 8/06/2008 | Paid |
| 158 | STATE OF OREGON<br>REVENUE BUILDING<br>955 CENTER STREET NE<br>SALEM, OR 97301 | $78.10 Administrative | | Paid |
| SCHEDULE F | RENEE BRAY<br>C/O DAVID ECKERSLEY<br>PRINCE, YEATES & GELDZAHLER<br>175 EAST FOURTH SOUTH #900<br>SALT LAKE CITY, UT 84111 | RENEE BRAY VS. CONGOLEUM | | SETTLED |
| SCHEDULE F | ALAN J. BECKER UNION<br>C.I. 7819 NW 228TH ST<br>RAIFORD, FL 32026-4110 | SRP BENEFITS | | Unimpaired and resolved pursuant to Section 8.4 of Plan. Claim is unimpaired and has not been discharged by the bankruptcy case. |
| SCHEDULE F | DALLAS HEROLD<br>33 BUCKLEY HILL RD<br>MORRISTOWN, NJ 07960 | SRP BENEFITS | | Unimpaired and resolved pursuant to Section 8.4 of Plan. Claim is unimpaired and has not been discharged by the bankruptcy case. |
| SCHEDULE F | F.H. MCKINNEY<br>166 EDGEMERE DR<br>FAIRFIELD BAY, AR 72088 | SRP BENEFITS | | Unimpaired and resolved pursuant to Section 8.4 of Plan. Claim is unimpaired and has not been discharged by the bankruptcy case. |
| SCHEDULE F | R.T. O'DONNELL<br>99 WESTBANK RD<br>GLENWOOD SPRING, CO 81601 | SRP BENEFITS | | Unimpaired and resolved pursuant to Section 8.4 of Plan. Claim is unimpaired and has not been discharged by the bankruptcy case. |
| SCHEDULE F | H.F. PEARSON<br>15 BROOKRACE DR<br>MENDHAM, NJ 07945 | SRP BENEFITS | | Unimpaired and resolved pursuant to Section 8.4 of Plan. Claim is unimpaired and has not been discharged by the bankruptcy case. |
| SCHEDULE F | PAT POTTER<br>C/O JOHN C. MAHER, ESQ.<br>135 WEST BURLESON<br>WHARTON, TX 77480 | PAT POTTER V. CONGOLEUM | | Resolved and paid. |
| SCHEDULE F | SYLVIA MCINERNEY<br>C/O MICHAEL W. CLINTON, ESQ.<br>CLINTON & MCKAIN<br>111 S. INDEPENDENCE MALL EAST<br>SUITE 528<br>PHILADELPHIA, PA 19106 | SYLVIA MCINERNEY VS. CONGOLEUM | | Settled |
| SCHEDULE F | NJ DEPT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF LEGAL AFFAIRS<br>401 E. STATE ST.<br>TRENTON, NJ 08625 | | | Paid |

| SCHEDULE F | PATRICIA SHERRER<br>520 MARTINELLI AVENUE<br>MINOLTA, NJ 08341 | | | Settled. |
|---|---|---|---|---|
| SCHEDULE F | SAMUEL STEVENSON<br>1243 MILDRED AVENUE<br>WOODLYN, PA 19094 | | | |
| SCHEDULE F | UNIVERSITY OFFICE PLAZA<br>PO BOX 2609<br>HAMILTON SQUARE, NJ 08690 | $1,680.00 | | Paid |

In re: Congoleum Corporation, et al.
Civil Action No. 09-4371 (JAP)
Bankr. Case No 03-51524

# EXHIBIT B

## INSUFFICIENT INFORMATION CLAIMS TO BE EXPUNGED AND/OR DISALLOWED

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | CLAIM AMOUNT/CLASS | DATE FILED |
|---|---|---|---|
| 169 | FRANKLIN, KEVIN<br>3746 BUELL STREET<br>OAKLAND, CA 94619-2802 | $1,000,000.00<br>Priority | 8/16/04 |
| 223 | TRASKAL, ANDREW T<br>C/O RIVER GATE SYSTEMS LIMITED<br>728 RAMIREZ AVE<br>LADY LAKE, FL 32159 | $2,500 Unsecured Non-Priority | 6/4/10 |

In re: Congoleum Corporation, et al.
Civil Action No. 09-4371 (JAP)
Bankr. Case No 03-51524

# EXHIBIT C

## ASBESTOS CLAIMS TO BE EXPUNGED AND/OR DISALLOWED FROM CLAIMS REGISTER AND CHANNELED TO PLAN TRUST

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | CLAIM AMOUNT/CLASS | DATE FILED | CLAIM TYPE |
|---|---|---|---|---|
| 192 | BARNEY, AUTRY EARL<br>517 CHERRY AVE<br>JACKSON, AL 36545 | $0.00 Unliquidated. Unsecured Non-Priority | 6/4/06 | Asbestos Personal Injury |
| 222 | CALLIER, DOROTHY PRO SE<br>PO BOX 134<br>GROVE HILL, AL 36451 | $0.00 Unliquidated. Unsecured Non-Priority | 4/22/10 | Asbestos Personal Injury |
| 168 | HENDERSON, CAROL ANN<br>4490 BANNER DRIVE #2<br>LONG BEACH, CA 90807 | $0.00 Unliquidated. Unsecured Non-Priority | 7/7/04 | Asbestos Personal Injury |
| 177 | MATSUMOTO, YVONNE U (DESEASED)<br>C/O JOHN BAILEY (SPOUSE)<br>4632 WESTON ROAD<br>LA MESA, CA 91941 | $70,000.00 Unsecured Non-Priority | 2/23/06 | Asbestos Personal Injury |

US NE 500600785v1